# In the United States Court of Federal Claims

No. 13-94 C

(Filed July 12, 2013)

```
* * * * * * * * * * * * * * * * * * * *
DAVID R. SMITH,                       *
                                      *
     Plaintiff,                       *
                                      *
           v.                         *
                                      *
THE UNITED STATES,                    *
                                      *
     Defendant.                       *
* * * * * * * * * * * * * * * * * * * *
```

### ORDER

      On July 1, 2013, plaintiff filed a Motion to Supplement the Administrative Record.  In support of his motion, plaintiff's counsel included an Affidavit from David Smith (docket no. 16-1)   Plaintiff seeks leave of the court to supplement the Administrative Record, filed on May 22, 2013, with an additional forty-four pages (docket no. 16-2).  On July 11, 2013, defendant filed an unopposed response to plaintiff's motion.   For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**; and the additional forty-four pages (docket no. 16-2), filed on July 1, 2013, shall be a Supplement to the Administrative Record as of the date of this order.

                                                                                 s/Lynn J. Bush
                                                                                 LYNN J. BUSH
                                                                                 Judge