# In the United States Court of Federal Claims

No. 13-94 C
(Filed August 14, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DAVID R. SMITH,                     \*
                                    \*
   *Plaintiff*,                    \*
                                    \*
   v.                              \*
                                    \*
THE UNITED STATES,                  \*
                                    \*
   *Defendant*.                    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On August 14, 2013, defendant filed a Consent Motion to Amend Scheduling Order. Therein, defendant requests an enlargement of time of twenty one days to the deadlines set forth in the court's order of June 25, 2013. For good cause shown, it is hereby **ORDERED** that the defendant's motion is **GRANTED**; and the proposed schedule is **ADOPTED** by the court, as follows:

(1) Defendant shall **FILE Defendant's Cross-Motion/Response** on or before **September 9, 2013**;

(2) Plaintiff shall **FILE Plaintiff's Reply/Response** on or before **October 18, 2013**; and

(3) Defendant shall **FILE Defendant's Reply** on or before **November 8, 2013**.

                                            s/Lynn J. Bush
                                            LYNN J. BUSH
                                            Judge